**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| H.D. YORSTON, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>                v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD,<br><br>                      Defendants. | Civil Action No. 1:05-CV-10166 (PBS) |
| ROBERT GREENE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD,<br><br>                      Defendants. | Civil Action No. 1:05-CV-10194 (WGY) |

[Captions continued on next page]

**MOTION TO CONSOLIDATE ACTIONS TO BE**
**APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD**
**PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

00004475.WPD ; 1

| | |
|---|---|
| JOHN C. JOHNSON, JR., JOHN C. JOHNSON JR. TARGET BENEFIT PENSION, JEFFREY S. JOHNSON, and JOHN C. JOHNSON JR. DEFINED BENEFIT PENSION PLAN, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, )<br><br>Defendants. ) | Civil Action No. 1:05-CV-10272 (GAO) |
| DORAVILLE MANAGEMENT II CORP., BY DONALD RAMIREZ, PRESIDENT, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, )<br><br>Defendants. ) | Civil Action No. 1:05-CV-10288 (PBS) |

[Captions continued on next page]

| | |
|---|---|
| STANLEY A. KIM, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, )<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-CV-10315 (PBS) |
| YALE TOLWIN, on behalf of himself and all persons similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, )<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-CV-10388 (PBS) |

00004475.WPD ; 1

PLEASE TAKE NOTICE that class member Oklahoma Firefighters Pension & Retirement System ("Oklahoma Firefighters") by their counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order: (I) consolidating for all purposes the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Oklahoma Firefighters as lead plaintiff; (iii) approving Oklahoma Firefighters' selection of the law firm of Schiffrin & Barroway, LLP to serve as lead counsel; (iv) approving Oklahoma Firefighter's selection of the law firm of Gilman and Pastor, LLP to serve as liaison counsel; and (v) granting such other and further relief as the Court may deem just and proper.  In support of this motion, Oklahoma Firefighters submit herewith a memorandum of law and declaration of David Pastor.

Dated: March 28, 2005	Respectfully submitted,

**GILMAN AND PASTOR, LLP**

/s/ David Pastor
David Pastor (BBO #391000 )
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
Telephone:	(781) 231-7851

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman
Sean M. Handler
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone:	(610) 667-7706

**Proposed Lead Counsel**