UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GREENE, Individually and On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>      Defendants. | Civil Action<br>No. 1:05-cv-10194-WGY |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

 Attorney Adam L. Sisitsky of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005        Respectfully submitted,

              /s/ Adam L. Sisitsky
              John F. Sylvia (BBO #555581)
              Adam L. Sisitsky (BBO #637532)
              MINTZ, LEVIN, COHN, FERRIS,
               GLOSKY AN POPEO, P.C.
              One Financial Center
              Boston, MA 02111
              (617) 542-6000

              Counsel for Defendants

LIT 1515910v1