# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE: (Civil)/Criminal No. _05 - 10194_

Title: _Greene vs. Epix Pharmaceuticals, Inc. et al_

## N O T I C E

Please take notice that the above-entitled case previously assigned to

Judge _Young_ has been transferred to Judge _Saris_ for

all further proceedings. From this date forward the case number on all pleadings

should be followed by the initials _PBS_. In addition, please ensure that all future

correspondence with the Clerk's Office has the proper case number <u>and</u> initials on

the lower left hand corner of the envelope, as well as on the correspondence or

pleading being filed.

Thank you for your cooperation in this matter.

TONY ANASTAS, CLERK

By: _Marie Bell_

Deputy Clerk

Date: _5/4/05_

_____    Please NOTE that the above case has been transferred to the Western
Section in Springfield. All future filings should be made at the Clerk's
Office, Federal Building & Courthouse, 1550 Main Street, Springfield,
MA 01103.

_____    Please NOTE that the above case has been transferred to the Central
Section in Worcester. All future filings should be made at the Clerk's
Office, U.S. District Court, Room 502, 595 Main Street, Worcester,
MA 01608-2076.

Copies to:    Counsel, Systems Administrator