## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GREENE, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>        Defendants. | C.A. No. 05-10194-WGY |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action.  The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 24, 2005

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
60 State Street, 37th Floor
Boston, MA 02109
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**Attorney for Plaintiffs**

00004836.WPD ; 1