## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT GREENE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>    Defendants. | C.A. No. 05-10194-WGY |

### NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

>    GILMAN AND PASTOR, LLP
>    225 Franklin Street, 16th Floor
>    Boston, MA 02110
>    Telephone: (617) 742-9700
>    Facsimile: (617) 742-9701

Dated: August 2, 2006                  Respectfully submitted,

                                       /s/ David Pastor
                                       David Pastor (BBO # 391000)
                                       GILMAN AND PASTOR, LLP
                                       225 Franklin Street, 16th Floor
                                       Boston, MA 02110
                                       Telephone: (617) 742-9700
                                       Facsimile: (617) 742-9701

                                       **Attorney for Plaintiffs**

00004836.WPD ; 2